UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael Lashone Ferguson,

    Plaintiff,

v.

William Bolin,

    Defendant.

Case No. 23-cv-2489 (PJS/DJF)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Mr. Ferguson's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (ECF No. [1]) is DISMISSED WITH PREJUDICE, and no Certificate of Appealability will be granted.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 20, 2024

    s/Patrick J. Schiltz_____
    Patrick J. Schiltz
    Chief Judge
    United States District Court